# UNITED STATES DISTRICT COURT
## for the SOUTHERN DISTRICT OF INDIANA,
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **KEVIN BURTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *vs.* | ) CAUSE NO. 1:12-cv-676-DKL-WTL |
| | ) |
| **CAROLYN W. COLVIN, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The decision of the defendant Commissioner denying Plaintiff's claim for disability benefits is **REVERSED** and the claim is **REMANDED** to the Commissioner for re-evaluation consistent with the Court's Entry of this date..

**SO ORDERED this date:** 09/30/2013

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.